UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JANELLE CHAMBLEE,

    Plaintiff,

vs.                          Case No. 3:13-cv-426-J-32JBT

PERFORMANT RECOVERY, INC
and DOES 1-10,

    Defendants.

## ORDER

Upon review of the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 9), filed on August 21, 2013, all claims against Defendant Performant Recovery, Inc. are dismissed with prejudice. Each party to bear its own attorney's fees and costs. No later than **September 17, 2013**, Plaintiff should advise the Court whether she will proceed against Defendants Does 1-10. In the meantime, the Clerk should close the file.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on this 5th day of September, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

sa.
Copies:

Counsel of Record